IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 06- 45 |
| | ) |
| AMANDA VELEZ, | ) |
| | ) |
| Defendant. | ) |

### MOTION AND ORDER FOR ARREST WARRANT

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Douglas E. McCann, Assistant United States Attorney for the District of Delaware, hereby moves this Honorable Court for the issuance of an arrest warrant against the Defendant, Amanda Velez, pursuant to an Indictment returned against her by the Federal Grand Jury on May 2, 2006.

                                                                         COLM F. CONNOLLY
                                                                         United States Attorney

BY: _____
                                                                    Douglas E. McCann
                                                                    Assistant United States Attorney

Dated: May 2, 2006

upon the foregoing Motion,

**IT IS ORDERED** that an arrest warrant be issued for the arrest and apprehension of Amanda Velez.

_____
HONORABLE MARY PAT THYNGE
United States Magistrate Judge