

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

*The Nemours Building*  (302) 573-6277
*1007 N. Orange Street, Suite 700*  FAX (302) 573-6220
*P.O. Box 2046*
*Wilmington, Delaware 19899-2046*

May 24, 2006

Mr. Keith Kincaid
Courtroom Clerk to U.S. Magistrate Judge
  Mary Pat Thynge
U.S. District Court for the District of Delaware
844 North King Street, Room 4209
Wilmington, Delaware 19801

    Re:   **United States v. Amanda Velez**
            **Criminal Action No.  06-45**

Dear Keith:

    Pursuant to your discussion with Marie Steel, I am hereby requesting, on behalf of the U.S. Attorney's Office, that you please issue a summons for Ms. Velez's initial appearance on June 8, 2006 during the regularly scheduled weekly arraignment calendar at 1:00 p.m.

    Thanks so much for your assistance with this. If you have any questions, please contact me in Doug's absence.

                              Yours very truly,

                              COLM F. CONNOLLY
                              United States Attorney

                          BY: _____
                              Shannon Thee Hanson
                              Assistant United States Attorney



FILED
MAY 24 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE