UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,           : | |
| :  | |
| Plaintiff,           : | |
| :  | |
| v.           : | Criminal Action No. 06-45-JJF |
| :  | |
| AMANDA VELEZ,           : | |
| :  | |
| :  | |
| Defendant.           : | |

**SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE**

**PLEASE** withdraw the appearance of Penny Marshall, Esquire as attorney of record and enter the appearance of Eleni Kousoulis, Esquire as attorney on behalf of Defendant, Amanda Velez, in the above-captioned matter.

/s/ Penny Marshall
PENNY MARSHALL, ESQUIRE


/s/ Eleni Kousoulis
ELENI KOUSOULIS, ESQUIRE
Assistant Federal Public Defender
First Federal Plaza, Suite 110
704 King Street
Wilmington, DE  19801

DATED:  June 20, 2006

**CERTIFICATE OF SERVICE**

The undersigned attorney for defendant Amanda Velez hereby certifies that a copy of Defendant's Substitution of Counsel and Entry of Appearance is available for public viewing and downloading and was electronically delivered on June 20 2006, to:

>Douglas E. McCann, Esquire
>Assistant United States Attorney
>1007 Orange Street, Suite 700
>Wilmington, DE   19801


>/s/ Eleni Kousoulis
>ELENI KOUSOULIS, ESQUIRE
>Assistant Federal Public Defender
>First Federal Plaza, Suite 110
>704 King Street
>Wilmington, DE   19801

DATED:  June 20, 2006