AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF __DELAWARE__

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>AMANDA VELEZ | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number:   CR 06-45-JJF |

WILMINGTON, DE 19803

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set

| | |
|---|---|
| [Magistrate Judge] | Room<br>Magistrate Ctrm # 6C, 6th Floor |
| | Date and Time<br>6/15/06 AT 1:00 PM |

Please report to the U.S. Marshal's Service in Room# 1100 by 12:00 PM.

[ ] Complaint   X Violation Notice   [ ] Probation Violation Petition

United States Code, Section(s) __922(a)(6) and 924(a)(2)__

A FIREARM - ( COUNT I )

*[Certified Mail receipt stamp: Amanda Velez, Wilmington, DE 19803]*

*[FILED stamp: 2006 JUN 16 AM 9:55, CLERK U.S. DISTRICT COURT, DISTRICT OF DELAWARE, RD Scanned]*

BY: _[signature]_ ; Deputy Clerk
Signature of Issuing Officer

June 8, 2006 at Wilmington, DE
Date

Peter T. Dalleo; Clerk of Court
Name and Title of Issuing Officer

AO83 (Rev. 12/85) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|
| Date |
| Service was made by me |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: _Def. appeared_

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned   _6-15-06_
           Date

_D W Thomas_
Name of United States Marshal

_D J [signature]_
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.