IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 06-45-JJF |
| AMANDA VELEZ, | : |
| Defendant. | : |

## ORDER

Having considered Defendant's Motion to Extend Time to File Pretrial Motions,

**IT IS HEREBY ORDERED** this __13__ day of __July__, 2006, that Defendant Velez' pretrial motions shall be due on the __31__ day of __August__, 2006.

_____
Honorable Joseph J. Farnan JR
United States District Court



FILED
JUN 1 3 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE