IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 06-45 JJF |
| AMANDA VELEZ, | : |
| Defendant. | : |

**ORDER**

WHEREAS, on June 15, 2006, the above named Defendant entered a plea of not guilty to the charges pending against her in this Court;

WHEREAS, no pretrial motions have been filed;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. A conference pursuant to Federal Rule of Criminal Procedure 17.1 will be held on **Wednesday, September 27, 2006** at **12:00 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. Because this conference is intended for scheduling only, the appearance of Defendant is not required by the Court.

2. The time between the date of this Order and September 27, 2006 shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.).

September 14, 2006
DATE

_____
UNITED STATES DISTRICT JUDGE

FILED
SEP 14 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE