IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-45 JJF |
| AMANDA VELEZ, | : | |
| Defendant. | : | |

### O R D E R

WHEREAS, on September 27, 2006, the Court held a scheduling conference in the above-captioned case (D.I. 10);

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. A Rule 11 hearing will be held on **Thursday, October 19, 2006 at 1:00 p.m.,** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

2. The time between the date of this Order and October 19, 2006 shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.)

October 5, 2006
DATE

_____
UNITED STATES DISTRICT JUDGE



FILED
OCT 6 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE