IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| Plaintiff, : | |
| v. : | Criminal Action No. 06-45-JJF |
| AMANDA VELEZ, : | |
| Defendant. : | |

### ORDER

The Court having considered Defendant Velez's Motion For Continuance of Change of Plea Hearing and good cause having been shown therefore,

IT IS HEREBY ORDERED this 12 day of October, 2006 that the Change of Plea Hearing in this case be re-scheduled for the 20th day of October, 2006 at 1:00 a.m./p.m.

Honorable Joseph J. Farnan JR,
United States District Court