IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-45 JJF |
| AMANDA VELEZ, | : | |
| Defendant. | : | |

**O R D E R**

WHEREAS, the above Defendant having entered a plea of guilty to Count One of the Indictment pending against her in this Court,

IT IS HEREBY ORDERED that Defendant's Sentencing will be held on **Wednesday, January 24, 2007, at 12:30 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

November 8, 2006
DATE

_____
UNITED STATES DISTRICT JUDGE

FILED
NOV - 8 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE